**Abatement Order filed July 1, 2015**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-15-00389-CV
_____

### In the Interest of J.N.G., a Child

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-02369J**

### ABATEMENT ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant's brief was due June 29, 2015, but has not been filed.

On June 17, 2015, this court ordered appointed counsel, William M. Thursland, to file a brief on or before June 29, 2015. No brief was filed. Accordingly, we issue the following order.

We ORDER the judge of the 315th District Court to immediately conduct a hearing to determine (1) the reason for the failure to file a brief; (2) whether appellant desires to continue this appeal; and (3) if appellant desires to continue the appeal, a date certain when appellant's brief will be filed. The judge shall appoint new appellate counsel for appellant if necessary. The judge shall see that a record

of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing and supplemental clerk's record shall be filed with the clerk of this court on or before July 21, 2015.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

If appellant's brief is filed before the date set for the hearing, the appeal will be reinstated and the trial court need not hold a hearing.

PER CURIAM